# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: BONNIE J. BOWMAN  
13371 PARKCREST PLACE  SSN-xxx-xx-9234  
ROSCOE, IL  61073

Case Number: 05-72519

Case filed on: 5/18/2005  
Plan Confirmed on: 7/22/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $6,990.91       Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY PHILIP H HART | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CITI FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | BONNIE J. BOWMAN | 0.00 | 0.00 | 217.95 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 217.95 | 0.00 |
| 001 | NATIONAL CITY MORTGAGE | 122,581.80 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 122,581.80 | 0.00 | 0.00 | 0.00 |
| 002 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ECAST SETTLEMENT CORPORATION | 1,288.03 | 1,288.03 | 1,288.03 | 0.00 |
| 006 | ECAST SETTLEMENT CORPORATION | 4,352.90 | 4,352.90 | 4,352.90 | 0.00 |
| 007 | RESURGENT CAPITAL SERVICES | 736.71 | 736.71 | 736.71 | 0.00 |
|  | Total Unsecured | 6,377.64 | 6,377.64 | 6,377.64 | 0.00 |
|  | Grand Total: | 128,959.44 | 6,377.64 | 6,595.59 | 0.00 |

Total Paid Claimant:     $6,595.59  
Trustee Allowance:        $395.32  
Percent Paid Unsecured:   100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/01/2007            By  /s/Heather M. Fagan